# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0089.  LARRY DARNELL OLIVER v. DAVID CANNON, JR., JUDGE.**

Larry Darnell Oliver filed a petition for a writ of mandamus in the Supreme Court of Georgia, which transferred the matter to this Court. See Case No. S26O0237 (Nov. 4, 2025). Upon consideration of Oliver's petition, it is hereby DENIED. See Ct. App. R. 40(c); *Arnold v. Alexander*, 321 Ga. 330, 335 (1) & n. 6 (914 SE2d 311) (2025).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/17/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*